Tommy Ray COMBS, Plaintiff–
Appellant,

v.

ASHE COUNTY HEALTH DEPART-
MENT, a group of defendants consist-
ing of Ashe County Health Depart-
ment; Mary Elizabeth Smith, M.D.,
former director; Carl Tuttle, present
director; Daniel Staley; Wanda El-
liott, Nurses' Supervisor; James B.
Hunt, Jr., Governor; Charles D. Reed,
State Pharmacist; H. David Bruton,
M.D., Secretary of Department of
Health and Human Services of North
Carolina; Betty Chisley, Department
of Civil Rights Office of DHHS,
Washington, D.C.; Marie Chretien,
Department of Civil Rights Office of
DHHS, Washington, D.C.; Richard
Burr, Congressman; Katy B. Man-
ship, Aid; John Marsh, Ashe County
Commissioners; Lee McMillan, Ashe
County Commissioner; Larry Rhodes,
Ashe County Commissioner; Dwight
Shepherd, Ashe County Commission-
er; Richard Calhoun, Ashe County
Commissioner; Legal Services of the
Blue Ridge; Laura Davis, Attorney,
Defendants–Appellees.

No. 00–2586.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Tommy Ray Combs, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Tommy Ray Combs appeals the district court's order dismissing his civil action as frivolous, for failure to state a claim, and as barred by res judicata. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation to dismiss the complaint and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Combs v. Ashe County Health Dep't*, No. CA–00–100–5–V (W.D.N .C. Nov. 13, 2000). We further deny Comb's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*